**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

D.B., et al.,

                       Plaintiffs,                   **25-CV-2589 (DEH) (VF)**

        -against-                                 **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                       Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

In Defendant's fourth request for an extension of time to respond to the complaint, the Court extended the deadline to December 9, 2025. ECF No. 16. Defendants have not filed their answer.

Defendants are directed to file their answer by **January 23, 2026**. Defendants are advised that failure to file an answer may result in a default judgment under Rule 55 of the Federal Rules of Civil Procedure. Plaintiffs are also directed to serve a copy of this order on Defendant.

                **SO ORDERED.**

DATED:     New York, New York
              January 7, 2026

                                                      _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge